# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 12, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141998 & (21)(22)

MONICA D. CAPELLI,
      Plaintiff-Appellant,

v

                                    SC: 141998
                                    COA: 300168
                                    Macomb CC: 2004-001403-DM

ANDREW M. CAPELLI,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 19, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.  The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 12, 2010                           _____

d1109                                             Clerk